UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**
Denise Carlon Esquire
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106
Main Number: (609) 250-0700
dcarlon@kmllawgroup.com
Attorneys for CSMC 2021-RPL11 Trust

In Re:
Donald F. Estlow
Diane Estlow a/k/a Diane Harding

Debtor(s).

Case No: 20-13758 MBK

Chapter: 13

Judge: Michael B. Kaplan

## NOTICE OF APPEARANCE

Please take notice that in accordance with Fed R. Bankr. P. 9010(b) the undersigned enters an appearance in this case on behalf of CSMC 2021-RPL11 Trust. Request is made that the documents filed in this case and identified below be served on the undersigned at this address:

ADDRESS:

701 Market Street, Suite 5000
Philadelphia, PA 19106

DOCUMENTS:

☒ All notices entered pursuant to Fed. R. Bankr. P. 2002.
☒ All documents and pleadings of any nature.

Date: 02/14/2022

/s/ *Denise Carlon*
Denise Carlon
14 Feb 2022, 17:09:37, EST
**KML Law Group, P.C.**
701 Market Street, Suite 5000
Philadelphia, PA 19106
201-549-2363
FAX: (609) 385-2214
Attorney for Creditor

*new 8/1/15*

Document ID: cb9ab93b327156172fd91d4e0c6c39e785bc8df01ad83a6359adfd4d7d462335