| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Donald F. Estlow<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–2894<br>EIN   _ _ – _ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | Diane Estlow<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–2707<br>EIN   _ _ – _ _ _ _ _ _ _ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 20–13758–MBK | |

## Order of Discharge                                                                                   12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Donald F. Estlow                         Diane Estlow
                                         aka Diane Harding

6/6/23                                   **By the court:** Michael B. Kaplan
                                                          United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

District of New Jersey

In re:     Case No. 20-13758-MBK
Donald F. Estlow     Chapter 13
Diane Estlow
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 3
Date Rcvd: Jun 06, 2023     Form ID: 3180W     Total Noticed: 31

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 08, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Donald F. Estlow, Diane Estlow, 8 Laurel Vista Rd, Shamong, NJ 08088-9561 |
| cr | + | NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER, Phelan Hallinan & Schmieg, PC, 1617 JFK Boulevard, Suite 1400, Philadelphia, PA 19103-1814 |
| 518747827 | + | CareCentrix, PO Box 277947, Atlanta, GA 30384-7947 |
| 518747831 | + | EOS CCA, PO Box 806, Norwell, MA 02061-0806 |
| 518747832 | + | Harriett's Energy Solutions, 101 S. Main St, Medford, NJ 08055-2443 |
| 518747833 | + | Jefferson Health, PO Box 785992, Philadelphia, PA 19178-5992 |
| 518747834 | + | Jefferson Health, PO Box 758992, Philadelphia, PA 19178-0001 |
| 518747836 | + | Penn Medicine, PO Box 824406, Philadelphia, PA 19182-4406 |
| 518747837 | + | Phelan Hallinan Diamond & Jones, PC, 1617 JFK Boulevard, Ste 1400, Philadelphia, PA 19103-1814 |
| 518747838 | + | Plantation Resort Pres Villas IX Assoc, 1250 Highway 17 North, Myrtle Beach, SC 29575-6006 |
| 518747841 | + | Virtua Medical Group, PO Box 71451, Philadelphia, PA 19176-1451 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jun 06 2023 21:07:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jun 06 2023 21:07:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/Text: RASEBN@raslg.com | Jun 06 2023 21:06:00 | Nationstar Mortgage LLC d/b/a Mr. Cooper, RAS Citron, LLC, 130 Clinton Road, Suite 202, Fairfield, NJ 07004-2927 |
| 518747822 | + | Email/Text: bkrpt@retrievalmasters.com | Jun 06 2023 21:07:00 | American Medical Collection Agency, 4 Westchester Plaza, Suite 110, Elmsford, NY 10523-1615 |
| 518747823 | + | EDI: TSYS2 | Jun 07 2023 00:57:00 | Barclays Bank Delaware, Po Box 8801, Wilmington, DE 19899-8801 |
| 519516534 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Jun 06 2023 21:07:00 | CSMC 2021-RPL11 Trust, Serviced by Select Portfolio Servicing,, PO Box 65250, Salt Lake City, UT 84165-0250 |
| 519516535 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Jun 06 2023 21:07:00 | CSMC 2021-RPL11 Trust, Serviced by Select Portfolio Servicing,, PO Box 65250, Salt Lake City, UT 84165-0250, CSMC 2021-RPL11 Trust, Serviced by Select Portfolio Servicing, |
| 518747824 | + | Email/Text: amanda@cascollects.com | Jun 06 2023 21:07:00 | Capital Collection Services, Attn: Bankruptcy, Po Box 150, West Berlin, NJ 08091-0150 |
| 518747825 | + | EDI: CAPITALONE.COM | Jun 07 2023 00:57:00 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |

| District/off: 0312-3 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jun 06, 2023 | Form ID: 3180W | Total Noticed: 31 |

| Recip ID | | Bypass/Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 518747827 | ^ | MEBN | Jun 06 2023 21:03:22 | CareCentrix, PO Box 277947, Atlanta, GA 30384-7947 |
| 518747828 | + | EDI: CCS.COM | Jun 07 2023 00:57:00 | Credit Collections Services, Attention: Bankruptcy, 725 Canton Street, Norwood, MA 02062-2679 |
| 518747829 | + | EDI: CITICORP.COM | Jun 07 2023 00:57:00 | Department Store National Bank/Macy's, Attn: Bankruptcy, 9111 Duke Boulevard, Mason, OH 45040 |
| 518749750 | + | EDI: AIS.COM | Jun 07 2023 00:57:00 | Directv, LLC, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518757395 | | EDI: DISCOVER.COM | Jun 07 2023 00:57:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 518747830 | + | EDI: DISCOVER.COM | Jun 07 2023 00:57:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 518747835 | + | Email/Text: nsm_bk_notices@mrcooper.com | Jun 06 2023 21:06:00 | Mr. Cooper, Attn: Bankruptcy, 8950 Cypress Waters Blvd, Coppell, TX 75019-4620 |
| 518820517 | + | Email/Text: nsm_bk_notices@mrcooper.com | Jun 06 2023 21:06:00 | NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER, NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER, Bankruptcy Department, PO BOX 619096, DALLAS TX 75261-9096 |
| 518747836 | ^ | MEBN | Jun 06 2023 21:04:08 | Penn Medicine, PO Box 824406, Philadelphia, PA 19182-4406 |
| 518816328 | | EDI: Q3G.COM | Jun 07 2023 00:57:00 | Quantum3 Group LLC as agent for, Sadino Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 518747839 | | EDI: TDBANKNORTH.COM | Jun 07 2023 00:57:00 | TD Bank, Attn: Bankruptcy, 1701 Rt 70 E, Cherry Hill, NJ 08034 |
| 518828192 | + | EDI: AIS.COM | Jun 07 2023 00:57:00 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518747840 | + | EDI: VERIZONCOMB.COM | Jun 07 2023 00:57:00 | Verizon, 500 Technology Dr Ste 30, Saint Charles, MO 63304-2225 |

TOTAL: 22

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 518747826 | *+ | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 08, 2023     Signature:     /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 6, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Charles G. Wohlrab | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper cwohlrab@raslg.com |
| Denise E. Carlon | on behalf of Creditor CSMC 2021-RPL11 Trust dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Harold N. Kaplan | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper hkaplan@rasnj.com  kimwilson@raslg.com |
| Laura M. Egerman | on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER bkyecf@rasflaw.com  bkyecf@rasflaw.com;legerman@raslg.com |
| Lee Martin Perlman | on behalf of Joint Debtor Diane Estlow ecf@newjerseybankruptcy.com  mcdoherty@ecf.courtdrive.com;hspivak@ecf.courtdrive.com |
| Lee Martin Perlman | on behalf of Debtor Donald F. Estlow ecf@newjerseybankruptcy.com  mcdoherty@ecf.courtdrive.com;hspivak@ecf.courtdrive.com |
| Sindi Mncina | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper smncina@raslg.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 9